**Opinion filed March 21, 2013**



In The

# Eleventh Court of Appeals

_____

## No. 11-13-00015-CR

_____

### STEVEN ARNOLD LAMBERT, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 104th District Court**

**Taylor County, Texas**

**Trial Court Cause No. 18299-B**

## M E M O R A N D U M   O P I N I O N

Steven Arnold Lambert has filed a pro se notice of appeal from the trial court's order denying Lambert's motion to receive all court transcripts. Lambert asserts that he is indigent and that the transcripts are needed to show discovery and facts for an Article 11.07 proceeding. *See* TEX. CODE CRIM. PROC. ANN. art. 11.07 (West Supp. 2012). We dismiss the appeal.

The clerk of this court wrote Lambert on February 8, 2013, and informed him that it did not appear that we had jurisdiction in this case. We requested that he respond in writing on or before February 27, 2013, and show grounds to continue the appeal. Lambert has filed a response, but he has not shown grounds to continue. In his response, Lambert reiterates that he

needs the transcripts so that he "can go through the 1107 and 2254 process." An intermediate court of appeals is not vested with jurisdiction to consider an appeal from an order denying a request for a free copy of the trial record when such request is not presented in conjunction with a timely filed appeal. *Self v. State*, 122 S.W.3d 294 (Tex. App.—Eastland 2003, no pet.). Lambert's request in this case was not presented in conjunction with a timely filed appeal from his conviction. Consequently, we have no jurisdiction to entertain this appeal.

The appeal is dismissed for want of jurisdiction.


PER CURIAM


March 21, 2013

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
McCall, J., and Willson, J.